PEOPLE ex rel. TURNER v. SANBORN et al.

(Supreme Court, Appellate Division, Third Department.   December 12, 1899.)

APPEAL—PARTIES.
    One who is not a party to the proceeding cannot bring an appeal.

Appeal from special term, Clinton county.

Action by the people of the state of New York, on the relation of Ellis Turner, against Benjamin F. Sanborn and others.   Judgment for plaintiff, and defendants and the town of Schuyler Falls appeal from certain portions of the order for judgment.   Reversed.

Argued before PARKER, P. J., and LANDON, HERRICK, and MERWIN, JJ.

David H. Agnew, for appellants.
William L. Pattisson, for respondent.

PER CURIAM. The town of Schuyler Falls, which is, in form, one of the appellants, is not a party to the proceeding, and therefore is not in a position to bring an appeal. Its appeal must therefore be dismissed. As to the other appellants, the board of town canvassers, we are of the opinion that no sufficient reason is apparent for awarding costs against them, and that therefore as to them the order, as far as appealed from, should be reversed.

Appeal of the town of Schuyler Falls dismissed. As to the other appellants, order reversed, so far as appealed from.